THOMAS W. BUTTS et al., Appellants, *v.* MARIE J. C. CAREY, Respondent, Impleaded with Others.

Reported below, 143 App. Div. 356.
(Submitted October 28, 1912; decided November 1, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1911, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the issues in this case have been disposed of by a judgment in another action.

*Louis O. Van Doren* for motion.

*Walter P. Vining* and *James J. Thornley* opposed.

Motion denied without prejudice to its renewal upon the same or such further facts as may be relevant at the time of the argument of the appeal.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CARGIN, Appellant.

(Argued October 21, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Supreme Court, rendered March 26, 1912, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John J. Hughes* for appellant.

*Francis A. Winslow, District Attorney* (*Lee Parsons Davis* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ. Absent: GRAY, J.